Juan AVILA; Guadalupe Gonzalez; Jose Herrera; Eduardo Mares; Ezequiel Rodriguez; Oscar Rodriguez, Plaintiffs–Appellants,

v.

**PIONEER HI–BRED INTERNATIONAL, Incorporated, Defendant–Appellee.**

No. 15–41478

United States Court of Appeals, Fifth Circuit.

Date Filed: 08/19/2016

Daniela Dwyer, Texas RioGrande Legal Aid, Incorporated, Weslaco, TX, Kathryn J. Youker, Texas RioGrande Legal Aid, Incorporated, Brownsville, TX.

Ricardo Morado, Roerig, Oliveira & Fisher, L.L.P., Brownsville, TX.

Before DAVIS, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The plaintiff appellants challenge as inadequate the district court's $17,500 award to their attorneys in this case. The district court, which supervised the handling of this case during its life in that court until it was ultimately compromised for $6,000, concluded after extensive briefing and oral argument that this was a reasonable fee.

---

After a careful review of the briefs and record we find no abuse of discretion and affirm the district court's award.

AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be